IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD ANTHONY DISCO,<br><br>              Plaintiff,<br><br>    v.<br><br>DANA L. ROTH, et al.,<br><br>              Defendants. | CIVIL ACTION<br>NO. 17-4132 |

## **ORDER**

**AND NOW**, this 12th of July 2018, upon consideration of the Complaint (Doc. No. 4), Commonwealth Defendants' Motion to Dismiss (Doc. No. 8), Plaintiff's Response to Defendants' Motion to Dismiss (Doc. No. 12), Commonwealth Defendants' Reply in Support of Their Motion to Dismiss (Doc. No. 13), Plaintiff's Supplemental Responses (Doc. Nos. 15, 16), the arguments of Plaintiff and counsel for Defendants at the February 22, 2018 hearing, and in accordance with the Opinion issued by the Court on this day, it is **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 8) is **GRANTED**. The Clerk of Court shall close this case for statistical purposes.

                                                        BY THE COURT:

                                                        /s/ Joel H. Slomsky
                                                        JOEL H. SLOMSKY, J.